Same case below, 356 Fed. Appx. 309.

Same case below, 190 Md. App. 753.

**No. 09-11569. Michael Ingram, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 222, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 7059.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

Same case below, 594 F.3d 972.

**No. 09-11570. William C. Crabbe, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 6950.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 364 Fed. Appx. 412.

**No. 09-11571. Jimmy Sprague, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 7058.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 370 Fed. Appx. 638.

**No. 09-11573. Larry Darnell Roberts, Petitioner v. Maryland.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 7025.

October 4, 2010. Petition for writ of certiorari to the Court of Special Appeals of Maryland denied.

**No. 09-11575. Juan Rodriguez Soria, Petitioner v. Ken Clark, Warden.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 7030.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 09-11576. Fritz Anderson, Petitioner v. United States.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 6783.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 359 Fed. Appx. 855.

**No. 10-1. International Comfort Products, LLC, Petitioner v. Central States, Southeast and Southwest Areas Pension Fund, et al.**

562 U.S. 888, 131 S. Ct. 223, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 6704.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 585 F.3d 281.

**No. 10-2. Pacesetter Apparel, Inc., Petitioner v. Cobb County, Georgia, et al.**

562 U.S. 889, 131 S. Ct. 225, 178 L. Ed. 2d 134, 2010 U.S. LEXIS 6612.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.